**Willie J. OWENS, Plaintiff—Appellant,**

v.

**Henry Dargan MCMASTER; William M. Catoe; C. Weston Houck; George Hagan, Warden, Defendants—Appellees.**

No. 07–7533.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2008.

Decided: March 7, 2008.

Willie J. Owens, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie J. Owens appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Owens v. McMaster*, No. 3:07–cv–02929–CMC, 2007 WL 2815588 (D.S.C. Sept. 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*